IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LARRY NEELY,

      Plaintiff,

vs.                                  No. 1:09-cv-585 MV/ACT

DARREN WHITE, in his individual and
official capacity as Bernalillo County Sheriff, et al.,

      Defendants.

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered contemporaneously herewith, judgment is hereby entered in favor of Plaintiff and against Defendant the State of New Mexico on Counts VII and VIII of Plaintiff's Amended Complaint. Plaintiff is not required to register as a sex offender under New Mexico's Sex Offender Registration and Notification Act ("SORNA") and his name is to be removed from the list of sex offenders. Defendant is enjoined from continuing to impose sex offender registration on Plaintiff pursuant to SORNA.

_____
**MARTHA VAZQUEZ**
**United States District Judge**