IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LARRY NEELY,**

    **Plaintiff,**

    **vs.**                                          Civ. No. 09-585 MV/ACT

**DARREN WHITE, in his individual and**
**official capacity as Bernalillo County Sheriff,**
**et al.,**

    **Defendants.**

## ORDER

**THIS MATTER** came before the Court on Monday, December 19, 2011, on Plaintiff's Motion to Enforce Judgment (Doc. No. 69), Plaintiff's Motion to File Electronically (Doc. No. 71), Defendant's Motion to Limit Evidentiary Hearing (Doc. No. 79), Defendant's Motion to Strike Plaintiff's Requests for Admissions (Doc. No. 80), and Plaintiff's Motion to Strike Defendant's Reply (Doc. No. 85). Having reviewed the motions, responses, if any, and arguments of the parties, the Court rules as follows:

    a.    Plaintiff's Motion to Enforce Judgment is taken under advisement;

    b.    Plaintiff's Motion to File Electronically is granted;

    c.    Defendant's Motion to Limit Evidentiary Hearing is granted;

    d.    Defendant's Motion to Strike Plaintiff's Request for Admissions is granted; and

    e.    Plaintiff's Motion to Strike Defendant's Reply is denied.

**IT IS SO ORDERED.**

                                                        **ALAN C. TORGERSON**
                                                        **United States Magistrate Judge**